# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES-GENERAL

Case No.: **CV 16-1645-AG (PLA)**　　　　　　　　　　　　　　　　　　Date: **May 11, 2017**

Title:　**Rocky Cole v. Remero, et al.**

---

**PRESENT:** THE HONORABLE　**PAUL L. ABRAMS**
　　　　　　　　　　　　　　　**UNITED STATES MAGISTRATE JUDGE**

| **Christianna Howard** | **N/A** | **N/A** |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

**ATTORNEYS PRESENT FOR PLAINTIFF:**　　　　　**ATTORNEYS PRESENT FOR DEFENDANT(S):**
　　　　　　　NONE　　　　　　　　　　　　　　　　　　　　　　　NONE

**PROCEEDINGS:**　　　(IN CHAMBERS)

Pursuant to this Court's Order of January 30, 2017, each party was ordered to file a Status Report no later than May 1, 2017. To date, the Court has not received plaintiff's Status Report. Accordingly, **no later than May 25, 2017, plaintiff is ordered to show cause** why this case should not be dismissed for failure to prosecute and failure to comply with a Court Order. Filing of the Status Report on or before **May 25, 2017**, shall be deemed compliance with this Order to Show Cause.

cc:　　Rocky Cole, pro se
　　　　Deborah Brooke Wadleigh, CAAG

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Initials of Deputy Clerk　　ch