IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ROCKY COLE,** | Case No. 2:16-CV-01645-PLA |
| Plaintiff, | **ORDER** |
| **v.** | |
| **REMERO, et al.,** | |
| Defendant. | |

In accordance with Federal Rules of Civil Procedure 41(a)(1)(A)(ii), and pursuant to the stipulation of the parties, this action is **DISMISSED WITH PREJUDICE**.  Each party is to bear its own litigation costs and attorney's fees. The mediator shall maintain jurisdiction for the purpose of enforcement of the terms of the settlement agreement between the parties.

IT IS SO ORDERED.

Dated:  November 29, 2017

_____

The Honorable Paul L. Abrams